EAG/JDG
F.#2010R00223

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

              Defendant.

- - - - - - - - - - - - - - - - -X

UNSEALING ORDER

10 CR 928 (BMC)

EASTERN DISTRICT OF NEW YORK, SS:

        Upon the application of LORETTA E. LYNCH, the United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Elizabeth A. Geddes and James D. Gatta, and for good cause having been shown:

        IT IS HEREBY ORDERED that the docket sheet, the defendant's waiver of indictment, the information filed against the defendant, and the transcript of the defendant's guilty plea proceeding in this matter be unsealed; and

        IT IS FURTHER ORDERED that caption of this matter be unsealed, revealing that "John Doe" is the defendant Sebastiano Saracino.

Dated:    Brooklyn, New York
           August 28, 2012

                              s/ BMC
                          _____
                          HONORABLE BRIAN M. COGAN
                          UNITED STATES DISTRICT JUDGE
                          EASTERN DISTRICT OF NEW YORK