

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG
F.#2010R00223          *271 Cadman Plaza East*
                       *Brooklyn, New York  11201*


September 11, 2012

By Hand Delivery and ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:  United States v. Sebastiano Saracino
            Criminal Docket No. 10-928 (BMC)
            United States v. Sebastiano Saracino
            Criminal Docket No. 10-173 (BMC)

Dear Judge Cogan:

       The government respectfully requests that the Court direct the Probation Department to continue to hold in abeyance the preparation of the Pre-Sentence Investigation Report ("PSR") for Sebastiano Saracino until at least June 1, 2013 and to adjourn the status conference currently scheduled for September 14, 2012 until at least June 1, 2013.  Saracino is expected

to testify in the trial of <u>United States v. Joel Cacace</u>, 08 CR 240 (S-7)(BMC), which is currently scheduled to commence on April 23, 2013. In his cooperation agreement with the government, Saracino agreed to any adjournments of his sentencing.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:   /s/
     Elizabeth Geddes
     Assistant U.S. Attorney
     (718) 254-6430

cc: John Jordan, Esq. (by ECF)
    Erin Stewart, United States Probation (by electronic mail)