

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:LDM:CSK
F. # 2010R00223

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 24, 2019

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Sebastiano Saracino,
                  Criminal Docket Nos. 10-173 and 10-928 (BMC)

Dear Judge Cogan:

      The government submits for the Court's approval the enclosed proposed Final Order of Forfeiture ("Final Order") against the defendant, Sebastiano Saracino, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      In accordance with the terms of the Preliminary Order of Forfeiture entered on February 22, 2019, the defendant consented to the forfeiture of all right, title and interest in the Forfeited Properties identified therein. (*See* Docket no.39). The United States was directed to commence publication as to the Forfeited Properties. Publication was completed on September 20, 2018. *See* Docket no 43 (Declaration of Publication).

      No third-party claims have been filed and the claims period has expired. Accordingly, the government respectfully requests that the Final Order forfeiting the Forfeited Properties be entered pursuant to Rule 32.2. (b)(4)(A) of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this request.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney
          Eastern District of New York

By:  /s/ Claire S. Kedeshian
      Claire S. Kedeshian
      Assistant U.S. Attorney
      (718) 254-6051

Enclosure: Final Order of Forfeiture
cc: Counsel of Record (by ECF)